6/22/18 AC

USAO#2017R0428

AO 91 (Rev. 11/11)  Criminal Complaint

FILED_____ ENTERED
LOGGED_____ RECEIVED

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

JUN 2 5 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

United States of America )
v. )
Rona ZHFANI )

Case No.  **18 - 1 8 0 0 - ADC**

UNDER SEAL

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2015-2017_____ in the county of _Anne Arundel & Baltimore_ in the

_____ District of _____Maryland_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 371 | Conspiracy To Defraud The United States By Impeding, Impairing, And Obstructing Its Lawful Government Functions |

This criminal complaint is based on these facts:

See attached Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James J. Jenkins, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/25/2018_____

_____
*Judge's signature*

City and state: _____Baltimore, Maryland_____

A. David Copperthite U.S. Magistrate Judge
*Printed name and title*