## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

February 5, 2019

TO: Counsel

RE: United States of America v. Rona Zhfani  
    Criminal Case No. DKC 18-0370-3

Dear Counsel:

This will confirm the matters discussed and the schedule set during the telephone conference. The parties agreed to the following schedule:

Feb. 18, 2019   The government will provide proposed voir dire, proposed jury instructions, and a proposed verdict sheet to defense counsel for review and comment;

Feb. 21, 2019   Defendant's comments/position on the proposed joint pretrial submissions are due to the government. Counsel are to confer to prepare joint submissions;

Feb. 27, 2019   Motions *in limine*, joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet to be filed with the court electronically and in Word format to mdd_dkcchambers@mdd.uscourts.gov. Any matters of disagreement should be identified through supplemental filings; and

March 4, 2019   6-7 day jury trial. Location to be finalized at a later date. The court and counsel will explore the availability of Hebrew translators and counsel for Defendant will advise if such assistance is requested.

Despite the informal nature of this letter, it constitutes an Order of the court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW  
United States District Judge