## MarcusBonsib, LLC
ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB*
JOSEPH A. COMPOFELICE, JR.*
MEGAN E. COLEMAN
SYDNEY M. PATTERSON

*ALSO ADMITTED IN DC*

301-441-3000
FACSIMILE 301-441-3003
WWW.MARCUSBONSIB.COM

June 12, 2019

VIA ECF
Honorable Deborah K. Chasanow
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re: United States vs. Rona Zhfani
          Case No. DKC 18-0370

Dear Judge Chasanow:

     As promised in the Defendant's Memorandum in Aid of Sentencing, this letter will update the Court regarding the speakers that the Defendant may wish to have address Court at the sentencing hearing in this matter.

     As previously noted, Reena Halperin will address the Court. One additional witness, Rabbi Yossi Bryski from the Aleph Institute may also address the Court if he can resolve a current scheduling conflict. His remarks to the Court would not likely take more than ten minutes and he would speak to the work that the Aleph Institute has done and is prepared to do with respect to Ms. Zhfani.

     The Court's consideration of Ms. Zhfani's request to have these individuals address the Court is most appreciated.

                             Sincerely,

                             */s/ Robert C. Bonsib*

                             Robert C. Bonsib

RCB/anm
cc: Assistant United States Attorneys Harry Gruber and P. Michael Cunningham (via ECF)
United State Probation Officer Nikki Martin (via email)