IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| RONA ZHFANI | * | Case No. DKC 18-0370-3 |
| Defendant | * | |

\*\*\*\*\*\*

## ORDER

The Defendant has requested authority to report directly to the institution designated by the Bureau of Prisons, at defendant's own expense. Such a designation will probably be made within forty-five (45) days.

The court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the community, pursuant to 18 U.S.C. §3143(a).

**IT IS ORDERED**, that the defendant shall surrender, at defendant's own expense, to the institution at the date and time specified in a written notice to be sent to the defendant by the United States Marshal for the District of Maryland. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal for the District of Maryland, Room 160, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on the __16th__ day of __September__, 2019, before 2:00 p.m.

**June 17, 2019**
Date

_Deborah Chasanow_
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 7/09) - Order of Surrender by Defendant

I acknowledge receipt of a copy of this Order. I also understand the following: If I fail to report either to the designated institution or to the United States Marshal as provided by this Order, I shall be subject to the penalties of 18 U.S.C. §3146; if I am convicted of an offense while on release, I shall be subject to the penalties as set forth in 18 U.S.C. §3147; if I violate a condition of release, I shall be subject to the sanctions as set forth in 18 U.S.C. §3148. I further understand that any bond or property posted may be forfeited and judgment entered against myself and the surety in the full amount of the bond.

_____  
Witness *(signature)*

_____  
Defendant *(signature)*

New York  
*(City and State of Residence)*

6 4 6 3 5 3 5 6 8 2  
*(Telephone number)*

cc: Defendant  
Counsel  
Judge  
U.S. Marshal  
Probation Officer  
Bureau of Prisons  
Bonding Company