# MARCUSBONSIB, LLC
### ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB*
JOSEPH A. COMPOFELICE, JR.*
MEGAN E. COLEMAN
SYDNEY M. PATTERSON

301-441-3000
FACSIMILE 301-441-3003
WWW.MARCUSBONSIB.COM

*ALSO ADMITTED IN DC

July 1, 2019

**VIA ECF**
Honorable Deborah K. Chasanow
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

     Re: United States vs. Rona Zhfani
        Case No. DKC18-00370

Dear Judge Chasanow:

During sentencing hearing in the above captioned matter you invited the Defendant to make a post sentencing request for a Bureau of Prisons designation recommendation. Ms. Zhfani has asked that I requested that the Court recommend that the Bureau of Prisons designate her to serve her sentence at the Women's Bureau of Prisons Facility in Danbury, Connecticut.

The Court's consideration of this request is more appreciated.

     Sincerely,

     /s/ Robert C. Bonsib

     Robert C. Bonsib

RCB/anm
cc: Assistant United States Attorneys Harry Gruber and P. Michael Cunningham (via ECF)